UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE RAINES,

    Plaintiff,                                       Case No. 22-11584

vs.                                            HON. MARK A. GOLDSMITH

SHERMAN CAMPBELL, et al.,

    Defendants.
_____/

**<u>ORDER DIRECTING PLAINTIFF TO CEASE SENDING LETTERS TO THE COURT</u>**

        Plaintiff has been writing letters to the Court containing requests for relief (Dkts. 7-8). In the belief that these requests would not be recurrent, the Court issued an order addressing them (Dkt. 9). However, Plaintiff has continued his letter writing (Dkt. 10), which must be stopped. The appropriate vehicle to request judicial action is by way of a motion. Going forward, Plaintiff must request relief by a filing labeled as a motion. It must contain all necessary facts and law and state succinctly what relief is requested. If Plaintiff wishes to seek the relief set out in his letter (Dkt. 10), he must do by filing an appropriate motion.

        SO ORDERED.


Dated: April 20, 2023                                  s/Mark A. Goldsmith
     Detroit, Michigan                            MARK A. GOLDSMITH
                                                  United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 20, 2023.

                                                s/Holly Ryan
                                                Case Manager, in the absence of
                                                Karri Sandusky